978 A.2d 348

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Anthony JACKSON, Petitioner.**

**No. 67 EM 2009.**

Supreme Court of Pennsylvania.

Aug. 5, 2009.

### *ORDER*

PER CURIAM.

**AND NOW,** this 5th day of August, 2009, the Application for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED.** Counsel is directed to file a Petition for Allowance of Appeal within 30 days of the entry of this order.